| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** | |
| **DIVISION OF ST. CROIX** | |

SHELLEY A.H. MOORHEAD,
COLLISTER M. FAHIE,
LORELEI MONSANTO,

              **Plaintiffs,**                **1:26-cv-00006-TJS-EAH**

     **v.**

CAROLINE F. FAWKES,
BOARD OF ELECTIONS OF
THE VIRGIN ISLANDS,

              **Defendants.**
_____

**TO:**    Shelley A.H. Moorhead, *Pro Se*
        Collister M. Fahie, *Pro Se*
        Lorelei Monsanto, *Pro Se*

## ORDER

**THIS MATTER** comes before the Court on the Motion for Permission to Receive Electronic Service and Participate in Electronic Filing, filed on March 9, 2026, by Plaintiff Shelley A. H. Moorhead, appearing *pro se*. Dkt. No. 3. In the Motion, Plaintiff Moorhead requests permission to participate in electronic case filing and to receive service electronically through the Court's CM/ECF system. *Id.* For the reasons that follow, the Court will deny the Motion without prejudice.

Local Rule of Civil Procedure 5.4(b)(1) provides that "[a]nyone registering to use the Court's Electronic Filing System shall register to do so using the form prescribed by the Clerk of Court." LRCi 5.4(b)(1). Once the registration form is completed and verified by the Clerk's Office, the Filing User must obtain a PACER account, request permission to electronically file

*Moorhead v. Fawkes*
1:26-cv-00006-TJS-EAH
Order
Page 2

in the District Court of the Virgin Islands through the PACER account and receive approval from the Clerk's Office to file with the Court using the filer's Central Sign On account. *Id.* Local Rule 5.4(b)(2) further provides that, "[i]f the Court permits, a party to a pending civil action who is eligible to proceed pro se may register as a Filing User in the Electronic Filing System solely for purposes of the action on a form prescribed by the Clerk and pursuant to the procedure outlined in LRCi 5.4(b)(1)." LRCi 5.4(b)(2).

When Plaintiff Moorhead filed the Motion, he and his co-plaintiffs were also seeking leave to proceed *in forma pauperis*. Dkt. Nos. 2, 3. On March 12, 2026, the Court denied the initial application to proceed *in forma pauperis* and ordered Plaintiffs to either pay the filing fee or each submit a proper application. Dkt. No. 4. Plaintiffs then filed individual applications to proceed *in forma pauperis*, which the Court denied on March 31, 2026. Dkt. Nos. 15, 16, 17, 19. The Court ordered Plaintiffs to pay the filing fee by April 8, 2026, and the docket reflects that Plaintiffs paid the filing fee on April 9, 2026. Dkt. No. 19. Because the filing fee has now been paid, the Court will consider Plaintiff Moorhead's request to participate in electronic filing.

Applying LRCi 5.4(b), the Court finds that Plaintiff Moorhead may seek permission to register as a Filing User in this action. However, Plaintiff Moorhead has not submitted the form prescribed by the Clerk for non-attorney electronic filing registration. Instead, he filed a motion generally requesting permission to participate in electronic filing and to receive electronic service. Although the Motion includes several representations regarding Plaintiff

*Moorhead v. Fawkes*
1:26-cv-00006-TJS-EAH
Order
Page 3

Moorhead's ability and willingness to use CM/ECF, the Local Rules require registration "on a form prescribed by the Clerk"[1] and completion of the procedure outlined in LRCi 5.4(b)(1). LRCi 5.4(b)(1), (2).

Moreover, the prescribed form also requires specific representations that are not included in Plaintiff Moorhead's Motion. Among other things, the form requires a *pro se* party to confirm that he has completed CM/ECF training, understands that registration constitutes consent to electronic service, agrees to keep his PACER and contact information current, agrees to protect his filing credentials, and understands that *pro se* filing access must be terminated if counsel appears on his behalf. Because Plaintiff Moorhead has not submitted the prescribed form or made all required representations, the Court cannot grant him access to electronic filing at this time. Therefore, his Motion must be denied without prejudice.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff Moorhead's Motion for Permission to Receive Electronic Service and Participate in Electronic Filing, Dkt. No. 3, is **DENIED WITHOUT PREJUDICE**. Plaintiff Moorhead may renew his request by submitting the appropriate non-attorney electronic filing registration form and complying with all applicable registration requirements.

---

[1] The form prescribed by the Clerk can be found on the District Court of the Virgin Islands' website, under the *Pro Se* Initiative tab. The form is located in the NextGen CM/ECF Registration Guide for Non-Attorney Filers at Appendix 1. *See* http://www.vid.uscourts.gov/pro-se-initiative-0.

*Moorhead v. Fawkes*
1:26-cv-00006-TJS-EAH
Order
Page 4

2.  The Clerk's Office shall send a copy of this Order to *pro se* Plaintiff Shelley

Moorhead via certified mail, return receipt requested.

ENTER:

Dated: May 14, 2026                         /s/ Emile A. Henderson III
                                            EMILE A. HENDERSON III
                                            U.S. MAGISTRATE JUDGE